Andrew P. Holland/Bar No. 224737
aholland@thoits.com
Mark V. Boennighausen/Bar No. 142147
mboennighausen@thoits.com
Jared M. Ahern/Bar No. 279187
jahern@thoits.com
THOITS, LOVE, HERSHBERGER & McLEAN
A Professional Law Corporation
285 Hamilton Avenue, Suite 300
Palo Alto, California 94301
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

Attorneys for Defendants
Color Image Apparel, Inc. and Marco DeGeorge

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELKAY INTERNATIONAL LIMITED, a company incorporated by and under the laws of the Republic of India, and DOES 1 through 10 inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>COLOR IMAGE APPAREL, INC., a corporation incorporated by and under the laws of the State of California, and MARCO DEGEORGE, an individual, and DOES 1 through 10 inclusive,<br><br>Defendants. | No. 2:14-cv-08028-MMM (VBKx)<br><br>DECLARATION OF JARED M. AHERN IN SUPPORT OF DEFENDANTS' COMBINED 1) RESPONSE TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT 2) RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE AND 3) REQUEST THAT THE COURT ORDER NOVEMBER 10, 2014 AS THE DEADLINE FOR RESPONSIVE PLEADINGS |

Pursuant to 28 U.S.C. § 1746, I, Jared M. Ahern, declare as follows:

1. I am an attorney admitted to practice law in the State of California and in the Central District of California and I have personal knowledge of the following facts.

2. I am an associate with the firm of Thoits, Love, Hershberger & McClean, counsel for defendants Color Image Apparel, Inc. and Marco DeGeorge in this case.

33070.018/623162v1                                        1
DECLARATION OF JARED M. AHERN IN SUPPORT OF DEFENDANTS' COMBINED
1) RESPONSE TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT 2) RESPONSE
TO THE COURT'S ORDER TO SHOW CAUSE AND 3) REQUEST THAT THE COURT
ORDER NOVEMBER 10, 2014 AS THE DEADLINE FOR RESPONSIVE PLEADINGS

3. The plaintiff Elkay International Limited ("Plaintiff") initiated this case by filing a complaint on September 2, 2014 in the United States District Court for the Northern District of California.

4. After receiving the complaint, attorneys working on the matter from my firm determined there was no legal basis for proper venue in the Northern District so my office filed a "Motion to Dismiss Due to Improper Venue" ("Venue Motion") on September 23, 2014. Doc no. 9. Prior to filing the motion, firm attorneys communicated with counsel for Plaintiff and requested that he dismiss the case. Counsel for Plaintiff declined.

5. On September 22, 2014 we served (but did not file) a motion pursuant to Rule 11 of the Federal Rules of Civil Procedure on Plaintiff's counsel, Shaunak Sayta, because, as firm attorneys had informed Mr. Sayta, he had no basis to file the complaint in the Northern District. A true and correct copy of the proof of service is attached hereto as Exhibit A.

6. Before the 21 day safe harbor provision of Rule 11(c)(2) expired, Plaintiff's counsel and counsel for Defendants agreed to file a stipulation with the court in the Northern District agreeing to transfer this case to the United States District Court for the Central District of California.

7. The stipulation to transfer the case was filed on October 13, 2014. A true and correct copy of the stipulation, which is filed as docket number 15, is attached hereto as Exhibit B.

8. Magistrate Judge Nathanael Cousins signed the order approving the stipulation on October 14, 2014 and the case was thereby transferred. Doc. no. 16.

9. The case was assigned to the Honorable Margaret M. Morrow on October 16, 2014.

10. In light of the transfer and the somewhat unique procedural posture of this case, on October 23, 2014 I sent an email to Plaintiff's counsel asking him if he would agree to November 10, 2014 as the date for the deadline for Defendants' to file a responsive pleading in

this case. Plaintiff's counsel agreed that November 10, 2014 would be acceptable. A true and correct copy of the email exchange is attached hereto as Exhibit C.

11. After further review of the underlying complaint, counsel for Defendants determined that a motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) and 8(a), combined with a motion to strike certain allegations pursuant to Rule 12(f), was the appropriate course of action.

12. On October 30, 2014, in order to comply with Central District Local Rule 7-3, we were in the process of drafting a meet and confer letter in an attempt to resolve the issues we identified with the complaint when we received notice that Plaintiff's counsel had filed a request for default against Defendants. We finished drafting the meet and confer letter less than an hour after receiving notice of the request for default and sent it to Plaintiff's counsel by email. A true and correct copy of the meet and confer letter and an email to Plaintiff's counsel attaching the letter is attached hereto as Exhibit D.

13. I was surprised to learn that Plaintiff's counsel had filed a request for entry of default against Defendants in light of the fact that he had expressly agreed that November 10, 2014 would be an acceptable response date. I was also surprised that nowhere in that filing did he inform the Court of the written agreement we had reached as to the November 10, 2014 response date.

14. After receiving the Court's order to show cause notice, I anticipated that Plaintiff's counsel would contact me and we would filed a stipulation stating that we had agreed that a November 10, 2014 date upon which defendants could respond to the complaint.

15. Because we had already appeared in the case by filing a motion to transfer venue, and were actively communicating with Plaintiff's counsel regarding the filing date for a responsive pleading in this Court, I did not expect Plaintiff's counsel to file a request for entry of default on the same date the Court issued its notice without contacting any attorney at this office.

33070.018/623162v1                               3
DECLARATION OF JARED M. AHERN IN SUPPORT OF DEFENDANTS' COMBINED 1) RESPONSE TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT 2) RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE AND 3) REQUEST THAT THE COURT ORDER NOVEMBER 10, 2014 AS THE DEADLINE FOR RESPONSIVE PLEADINGS

16. We have initiated the meet and confer process with Plaintiff's counsel by virtue of the letter I sent tonight. By the terms of that letter we requested that Plaintiff's counsel inform us by November 5, 2014 as to whether he would be willing to stipulate to file an amended complaint. If he does not so stipulate we will be prepared to file our motion by November 10, 2014, or earlier if the Court so orders.

17. Defendants have every intention of actively defending this case, which they have already demonstrated by managing to get the case transferred to the proper district.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 30, 2014 at Palo Alto, CA.

_____
Jared M. Ahern

33070.018/623162v1

4

DECLARATION OF JARED M. AHERN IN SUPPORT OF DEFENDANTS' COMBINED 1) RESPONSE TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT 2) RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE AND 3) REQUEST THAT THE COURT ORDER NOVEMBER 10, 2014 AS THE DEADLINE FOR RESPONSIVE PLEADINGS