**Andrew P. Holland/Bar No. 224737**
aholland@thoits.com
**Mark V. Boennighausen/Bar No. 142147**
mboennighausen@thoits.com
**Jared M. Ahern/Bar No. 279187**
jahern@thoits.com
**THOITS LAW**
A Professional Corporation
400 Main Street, Suite 250
Los Altos, CA 94022
Telephone:   (650) 327-4200
Facsimile:   (650) 325-5572

**Attorneys for Defendants
Color Image Apparel, Inc. and Marco DeGeorge**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **ELKAY INTERNATIONAL LIMITED, a company incorporated by and under the laws of the Republic of India, and DOES 1 through 10 inclusive,**<br><br>Plaintiffs,<br><br>v.<br><br>**COLOR IMAGE APPAREL, INC., a corporation incorporated by and under the laws of the State of California, and MARCO DEGEORGE, an individual, and DOES 1 through 10 inclusive,**<br><br>Defendants. | No.  2:14-cv-08028-MMM (VBKx)<br><br>**[PROPOSED]** ORDER RE STIPULATED PROTECTIVE ORDER |

33070.018/697796v1                                   1

Having considered the parties' Stipulated Protective Order and good cause appearing therefore, IT IS HEREBY ORDERED THAT the Stipulation is APPROVED.

Dated: May 13, 2015 _____/s/_____
Hon. Victor B. Kenton